UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-81089-CV-MIDDLEBROOKS/Matthewman

RUEBEN MATHIS, on behalf of himself and all those similarly situated,

Plaintiff,

v.

AIRCRAFT SERVICE INTERNATIONAL, INC.

Defendant.
_______________________________/

**JOINT NOTICE OF SETTLEMENT/CONCLUSION OF ARBITRATION PROCEEDINGS**

Plaintiff Rueben Mathis ("Plaintiff") and Defendant Aircraft Service International, Inc. ("Defendant") (Plaintiff and Defendant shall be collectively referred to as the "Parties"), jointly notify the Court that they have resolved this matter and that the arbitration proceedings are closed, as indicated by the attached February 8, 2023, letter from the American Arbitration Association.

Respectfully submitted this 8th day of March, 2023.

/s/ Mark J. Neuberger
Mark J. Neuberger (Florida Bar No. 0982024)
*mneuberger@foley.com*
Telephone: (305) 482-8408
FOLEY & LARDNER LLP
2 South Biscayne Boulevard, Suite 1900
Miami, FL 33131
Telephone: (305) 482-8400
Facsimile: (305) 482-8600

***COUNSEL FOR DEFENDANT***

/s/ Alan L. Quiles
Alan Quiles
Gregg I. Shavitz
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
aquiles@shavitzlaw.com

Sara Wyn Kane*
Alexander M. White*
VALLI KANE & VAGNINI, LLP

600 Old Country Road, Suite 519
Garden City, New York 11530
Telephone: (516) 203-7180
Facsimile: (516) 706-0248
skane@vkvlawyers.com
awhite@vkvlawyers.com

***COUNSEL FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified.

/s/ Alan L. Quiles
Mark J. Neuberger

## SERVICE LIST

Mark J. Neuberger
*mneuberger@foley.com*
FOLEY & LARDNER LLP
2 South Biscayne Boulevard, Suite 1900
Miami, FL 33131

***COUNSEL FOR DEFENDANT***

Service by Electronic Filing generated by CM/ECF